# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | |
|---|---|
| **SARAH MOORE, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**V.**<br><br>**SPIROS PARTNERS, LTD d/b/a RICK'S CABARET, NEW SPIROS, L.L.C. d/b/a RICK'S CABARET and ERIC LANGAN,**<br><br>**Defendants.** | **C.A. NO. 3:16-cv-295-L**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Sarah Moore ("Plaintiff") files this Notice of Dismissal without Prejudice and would respectfully show the following:

### DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby dismisses this case in its entirety as against all Defendants <u>without</u> prejudice to refilling the same pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i) and asks that all costs and attorneys' fees be borne by the party incurring the same. Defendants have not filed an answer or a motion for summary judgment.

Respectfully submitted,

SHELLIST | LAZARZ | SLOBIN LLP

By: */s/ Ricardo J. Prieto*
ROBERT R. DEBES, JR.
Texas Bar No. 05626150
bdebes@eeoc.net
RICARDO J. PRIETO
Texas Bar No. 24062947
rprieto@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

ATTORNEYS FOR PLAINTIFFS &
CLASS MEMBERS

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure on February 23, 2016 to all counsel of record. I have emailed a copy of this file stamped dismissal to legal counsel for Defendants, Jeffrey A. Kimmel on February 23, 2016.

*/s/ Ricardo J. Prieto*
RICARDO J. PRIETO